JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LAMONT BAGSBY, JR., | ) Case No. EDCV 14-1126-PA (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| CLARK E. DUCART, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 19, 2015

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE

**JS-6**